MARX OTTINGER et al., Appellants, *v.* JOHN R. BENNETT, Respondent, Impleaded with Others.

*Ottinger* v. *Bennett,* 144 App. Div. 525, reversed.
(Argued October 4, 1911; decided October 24, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1911, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the complaint and overruled such demurrer in an action for deceit.

The following questions were certified:

"*First.* Does the complaint state facts sufficient to constitute a cause of action?

"*Second.* Is the partial defense contained in the answer of the defendant John R. Bennett insufficient in law upon the face thereof ?"

*Nathan Ottinger* for appellants,

*Thomas D. Adams* for respondent.

Order of Appellate Division reversed and interlocutory judgment affirmed, with costs in both courts, on dissenting opinion of MILLER, J., below, and both questions certified answered in the affirmative.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.